**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 6th day of December, 2012.**



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LINDEMUTH, INC., | ) | Case No. 12-23055 |
| | ) | Joint Administration Pending |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| K. DOUGLAS, INC., | ) | Case No. 12-23056 |
| | ) | Joint Administration Pending |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| KDL, INC., | ) | Case No. 12-23057 |
| | ) | Joint Administration Pending |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| BELLAIRRE SHOPPING CENTER, INC., | ) | Case No. 12-23058 |
| | ) | Joint Administration Pending |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| LINDY'S INC., | ) | Case No. 12-23059 |
| | ) | Joint Administration Pending |
| Debtor. | ) | |

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KENT & VIKKI LINDEMUTH., | ) |
| | ) Case No. 12-23060 |
| And | ) Joint Administration Pending |
| | ) |
| VIKKI LINDEMUTH, | ) |
| | ) |
| Debtors. | ) |

## ORDER AUTHORIZING DEBTORS' JOINT EMERGENCY MOTION FOR EXPEDITED ORDER AUTHORIZING JOINT ADMINISTRATION OF AFFILIATED CASES

THIS MATTER comes on for hearing upon the above-referenced Debtors' Joint Emergency Motion for Order Authorizing Joint Administration of Affiliated Cases ("Motion") under Federal Rule of Bankruptcy Procedure 1015(b) filed November 9, 2012 on behalf of Lindemuth, Inc.; Lindy's Inc.; KDL, Inc.; Bellairre Shopping Center, Inc.; K. Douglas, Inc.; and Kent & Vikki Lindemuth as individuals (collectively, "Debtors"). The Motion came on for hearing on November 27, 2012. The Debtor appeared by Jeffrey A. Deines, and numerous creditors appeared through counsel as shown on the courtroom minute sheet. Accordingly, the Court having reviewed the motion, the file, the arguments of counsel, and being duly advised in premises; it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The cases of the Debtors shall be jointly administered for the purposes of expediting procedural matters.

2. All pleadings shall be filed and docketed in the Lindemuth, Inc. case, No. 12-23055, and the caption for any pleading related to the Debtors need only bear the name of Lindemuth, Inc. and the case number of Lindemuth, Inc., in the manner as follows:

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LINDEMUTH, INC., | ) | Case No. 12-12-23055 |
| | ) | Jointly Administered |
| Debtor. | ) | Chapter 11 |

3.      This caption shall be deemed to comply with the requirements of section 342 of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002.

IT IS SO ORDERED.

###

Submitted by:

LENTZ CLARK DEINES PA

s/ Shane J. McCall
Jeffrey A. Deines, KS #20249
Shane J. McCall, KS #24564
9260 Glenwood
Overland Park, KS  66212
(913) 648-0600
(913) 648-0664 Telecopier
jdeines@lcdlaw.com
smccall@lcdlaw.com
Proposed Attorneys for Joint Debtors-in-Possession